9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2009

Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. **M-09-1247** |
| | § | |
| SAMUEL SILVA GARCIA | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about August 10, 2009, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**SAMUEL SILVA GARCIA**

previously having been charged in Case No. M-03-497-S1 with violating Title 21, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, Section 2 of the United States Code, a felony punishable by imprisonment for a term of 10 years to Life, and having been released from custody pursuant to the provisions of Chapter 207, Title 18, United States Code, on the condition that he appear in the United States District Court at McAllen, Texas, in connection with said charges, did knowingly fail to appear for Sentencing, as required.

In violation of Title 18, United States Code, Sections 3146(a)(1) and 3146(b)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

TIM JOHNSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY